## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>**v.**<br>**JOHN PORTER** | **CRIMINAL NO. 16-36**<br><br>**CIVIL ACTION NO. 19-1154** |

### ORDER

**AND NOW,** this 10th day of March 2022, upon consideration of Defendant's Motion for Relief under 28 U.S.C. § 2255 [Doc. No. 64], Defendant's letter request for an extension of time to file the § 2255 motion [Doc. No. 63], and the government's responses thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that:

1. Defendant's Motion for Relief under 28 U.S.C. § 2255 [Doc. No. 64] is **DENIED without a hearing as untimely**;

2. There is no probable cause to issue a certificate of appealability; and

3. The Clerk is directed to **CLOSE** Civil Action No. 19-1154.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**